

Energy and Engineered Risk Division

## <u>IMPORTANT NOTICE</u> – TO BE KEPT WITH POLICY

## <u>WHAT TO DO WHEN A LOSS OCCURS</u>

Report as soon as practicable, every incident, loss or damage which may become a claim to:

Mr. John E. Roberts
Energy and Engineered Risk Division / Property Claims
2929 Allen Parkway, Suite 1100
Houston, TX 77019
Tel: (713) 342-7376
E-Mail: JohnE.Roberts@aig.com

1.  Energy and Engineered Risk Claims **<u>CANNOT</u>** be processed through any other facility and must be reported as indicated.

2.  Adjuster can **<u>ONLY</u>** be assigned by the Energy and Engineered Risk Division.



**LEXINGTON INSURANCE COMPANY**
**Administrative Offices: 99 High Street, Boston, Massachusetts 02110-2103**
(hereinafter called the Company)

**ENERGY AND ENGINEERED RISK - BUILDER'S RISK POLICY**
**DECLARATIONS**

POLICY NUMBER:  085053861                          RENEWAL OF:  NEW

ITEM 1.  Named Insured:        SOUTH CAPITOL BRIDGEBUILDERS
                               ARCHER WESTERN CONSTRUCTION, LLC
                               GRANITE CONSTRUCTION COMPANY

         Address:              929 W. ADAMS STREET
                               CHICAGO, IL 60607

ITEM 2.  Policy Period:
         From:  13 Jul 2017                         To:  1 Jan 2022
         at 12:01 A.M. Standard Time at the address of the named insured shown above.

ITEM 3.  Limit of Liability:
         $ 415,500,000 any one Occurrence which is **100**% of a $ 415,500,000 total program limit excess of
         deductibles, as set forth more fully in the attached policy.

ITEM 4.  Total AIG Premium (**100**% of total program premium): $ 1,589,599 (includes $ 187,478 Premium for
         Terrorism) Minimum Earned Premium $ 397,400

ITEM 5.  A. Covered Perils:
             As set forth more fully in the attached policy.

         B. Excluded Perils
             As set forth more fully in the attached policy.

ITEM 6.  Description of Project
         A construction project as set forth more fully in the attached policy.

ITEM 7.  Forms: Per the Manuscript policy attached.

_____
                   **Authorized Representative OR**
          **Countersignature (In states where applicable)**

PR 8898 (05/13)

## FORMS SCHEDULE

Named Insured: SOUTH CAPITOL BRIDGEBUILDERS; ARCHER WESTERN CONSTRUCTION, LLC ;
GRANITE CONSTRUCTION COMPANY

Policy No: 085053861                                        Effective Date: 07/13/2017

| Form Number | Edition Date | Endorsement Number | Title |
|---|---|---|---|
| PR8898 | 05/13 | | **ENERGY AND ENGINEERED RISK - BUILDER'S RISK POLICY DECLARATIONS** |
| | | | **COMPLETED VALUE BUILDERS RISK POLICY** |
| PR4225 | 07/13 | 001 | **ECONOMIC SANCTIONS ENDORSEMENT** |
| PR8543 | 06/15 | 002 | **TERRORISM PREMIUM CHARGE ENDORSEMENT WITH EXCLUSION FOR BIOLOGICAL AND/OR CHEMICAL TERRORISM** |
| NMA2918 | 08/01 | 003 | **WAR AND TERRORISM EXCLUSION ENDORSEMENT** |
| MANUSCRIPT | | 004 | **ADDITIONAL EXTENSIONS OF COVERAGE ENDORSEMENT** |
| MANUSCRIPT | | 005 | **AMENDATORY ENDORSEMENT** |
| MANUSCRIPT | | 006 | **DAMAGE TO EXISTING PROPERTY ENDORSEMENT – LIMITED ENDORSEMENT** |
| MANUSCRIPT | | 007 | **DELAY IN COMPLETION ENDORSEMENT** |
| MANUSCRIPT | | 008 | **GENERAL CHANGE ENDORSEMENT** |
| MANUSCRIPT | | 009 | **LEG 3 DEFECT EXTENSION** |

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producer-compensation or by calling 1-800-706-3102.

91222 (9/16)



## *LEXINGTON* INSURANCE COMPANY
**Administrative Offices: 99 High Street, Boston, Massachusetts 02110**
**(hereinafter, the "Company")**

## COMPLETED VALUE BUILDERS RISK POLICY
### DECLARATIONS

1.  **A.  NAMED INSURED(S):  SOUTH CAPITOL BRIDGEBUILDERS**
    **ARCHER WESTERN CONSTRUCTION, LLC**
    **GRANITE CONSTRUCTION COMPANY**

   **B.  ADDITIONAL INSURED(S):**

   To the extent required by any contract or subcontract for an **INSURED PROJECT\***, and then only as their respective interests may appear, all owners, contractors and subcontractors of every tier and any other individual or entity specified in such contract or subcontract are recognized as Additional Insureds hereunder.

   **The Insureds referred to in Subparagraphs 1.A. and 1.B. above are collectively referred to as "Insured(s)".**

   The Named Insured shall be deemed the sole and irrevocable agent of each and every Insured under this policy for the purpose of giving or receiving any notices to/from the Company, giving instructions to or agreeing with the Company for alterations of this policy and making or receiving payments of premiums or adjustments of premium.

2.  **LOSS PAYABLE:**

   Loss, if any, shall be adjusted with and made payable to the Named Insured, or as per order of the Named Insured, whose receipt shall constitute a release in full of all liability under this policy with respect to such loss.

3.  **TERM OF INSURANCE:**

   This policy shall be effective on **07/13/2017** and shall expire on **01/01/2022** both at 12:01 A.M. standard time, at the location of the **INSURED PROJECT\***.

   Notwithstanding the foregoing or subsequent endorsements hereto, liability under this policy will apply only for such periods commencing directly with work at the location of the **INSURED PROJECT\*** and ending in its entirety upon the earlier of: (1) the formal acceptance by the project owner(s), (2) the expiry of the Named Insured's interest, (3) coverage is cancelled or (4) the expiration or cancellation date as herein provided, unless otherwise agreed by endorsement.  If applicable the term of insurance includes a **TESTING PERIOD\*** not exceeding **Included** consecutive days.

4.  **EXTENSION OF TERM OF INSURANCE:**

   With prior notification to and agreement by the Company, this policy may be extended for up to **60** days, not including the **TESTING PERIOD\***, at a pro rata additional premium.  Extensions beyond this period and extensions of the **TESTING PERIOD\*** are subject to payment of additional premiums at rates and terms to be determined by the Company at the time of the Company's agreement to such additional extensions.

5.  **PARTICIPATION:**

   This Policy covers for **100%** interest in this insurance and the Company shall not be liable for more than **100%** of the Limit of Liability, Sublimits of Liability and/or Aggregate Limits of Liability set forth in this policy.

6. **LIMITS OF LIABILITY:**

   A. **Limit of Liability:**

   The Company shall not be liable for more than **$415,500,000** in any one **OCCURRENCE*** subject to the following sublimits of liability and aggregate limits of liability.

   B. **Sublimits of Liability:**

   The Company shall not be liable for more than the following sublimit(s) of liability in any one **OCCURRENCE*** unless stated otherwise **(NOTE: COVERAGE FOR EACH ITEM BELOW SHALL ONLY BE PROVIDED IF AN AMOUNT IS ENTERED FOR THE INDIVIDUAL SUBLIMIT CORRESPONDING TO SUCH ITEM):**

   | | | |
   |---|---|---|
   | (1) | $ 375,000,000 | Physical damage to insured property at the **INSURED PROJECT*** |
   | (2) | $ 40,500,000 | Delay In Completion Coverage (If a limit is shown, please see below for applciable sublimits.) |
   | (3) | $ 5,000,000 | Physical damage to property in Transit - any one conveyance |
   | (4) | $ 5,000,000 | Physical damage to property in Offsite Temporary Storage - any one location |
   | (5) | $ 5,000,000 | Or **25%** of the amount of insured physical loss or damage to Covered Property, whichever is less - Expediting Expense |
   | (6) | $ 2,500,000 | Or **25%** of the amount of insured physical loss or damage to Covered Property, whichever is less - Extra Expense |
   | (7) | $ 500,000 | Physical damage to trees, plants, shrubs and landscaping at the **INSURED PROJECT*** |
   | (8) | $ 1,000,000 | Physical damage to plans, blueprints, drawings, renderings, specifications or other contract documents and models at the **INSURED PROJECT*** |
   | (9) | $ 250,000 | Fire Brigade Charges & Extinguishing Expenses |
   | (10) | $ 10,000,000 | Debris Removal Coverage |
   | (11) | $ 500,000 | Claims Preparation Costs |
   | (12) | $ 100,000 | Limited Pollution and Contamination Coverage, Aggregate |
   | (13) | $ 5,000,000 | Demolition and Increase Cost of Construction |
   | (14) | $ 250,000 | Mold Remediation Expense, Aggregate |
   | (15) | $ 2,500,000 | Architects, Engineers and other Professional Fees |
   | (16) | $ 100,000 | Contract Penalties |

   **IN NO EVENT SHALL THESE SUBLIMITS OF LIABILITY INCREASE THE LIMIT OF LIABILITY.**

   C. **Aggregate Limits of Liability:**

   Notwithstanding the foregoing and irrespective of the above stated Limit of Liability, the maximum amount the Company will pay for loss or damage from any one **OCCURRENCE***, and/or in the aggregate for loss or damage from all **OCCURRENCES*** shall not exceed the following amounts for the following perils unless otherwise limited by the sublimits stated above:

   | | | |
   |---|---|---|
   | (1) | $ 100,000,000 | caused by, resulting from, contributed to or aggravated by the peril of **EARTH MOVEMENT*** |
   | (2) | $ 100,000,000 | caused by, resulting from, contributed to or aggravated by the peril of **FLOOD*** |
   | (3) | $ 415,500,000 | caused by, resulting from, contributed to or aggravated by the peril of **NAMED STORM*.** |

7. **DEDUCTIBLES:**

From the amount of each claim for insured loss or damage arising out of any one **OCCURRENCE***, there shall be deducted the applicable amount shown below, and then the liability of the Company shall be only for the amount of such insured loss or damage in excess thereof, subject to the Limit of Liability, Sublimits of Liability and/or Aggregate Limits of Liability set forth above.

A. $   **100,000**   physical loss or damage, except

B. $   **100,000**   **WATER DAMAGE***;

C. $   **500,000**   **FLOOD***;

D. $   **100,000**   **EARTH MOVEMENT***;

E. $   **100,000**   **NAMED STORM***;

In the event that more than one physical damage deductible shown above or specified in any endorsement issued hereunder shall apply to insured physical loss or damage in any one **OCCURRENCE***, only the largest shall be applied. If the Delay In Completion Coverage extension endorsement applies to this policy, the specified deductible or waiting period deductible shall apply in addition to the physical damage deductible.

8. **DESCRIPTION OF INSURED PROJECT\* (INCLUDING PROJECT NAME AND/OR CONTRACT NUMBER AS APPLICABLE):**

Phase 1 includes Segments 1 and 2. Segment 1 consists of replacing the existing Frederick Douglass Memorial Bridge and its approaches with a new bridge and approaches, including also the demolition of the old Frederick Douglass Memorial Bridge. Segment 2 consists of constructing a new Suitland Parkway/I-295 Interchange.

9. **LOCATION OF INSURED PROJECT\*:**

Frederick Douglas Memorial Bridge, District of Columbia

10. **ESTIMATED COMPLETED VALUE OF INSURED PROJECT\* AT POLICY INCEPTION:**

A. Estimated Construction Contract Price: $**482,286,002**;

B. Value of all property not declared in 10.A. above to be insured by this policy and intended for installation under the construction contract, whether supplied by the project owner(s) or other(s): $**0**;

C. Estimated Completed Value of **INSURED PROJECT\*** at policy inception (Sum of 10.A. and 10.B. above): $**482,286,002.**

**11. DEPOSIT PREMIUM / REPORTING / ADJUSTMENT:**

    **A. Deposit Premium:**

        The deposit premium under this section of the policy is **$1,589,599** and shall be subject to a minimum and earned premium of **$397,400**.  The deposit premium shall be adjusted in accordance with the Subparagraphs 11.B. and 11.C. below.  When coverage is applicable, the deposit premium herein is inclusive of the Delay in Completion coverage(s) premium and/or other endorsement premium effective as of the inception of this Policy.

    **B. Reporting Provisions:**

        At the time of expiration, cancellation, or any requested policy extension, the Named Insured shall report to the Company the Estimated Total Completed Value of the **INSURED PROJECT**\* including, but not limited to, all change orders, wages, expenses, materials, supplies, equipment, machinery and such other charges which became/will become a part of or were/will be expended in the project, all whether provided by the owner(s) or others.

    **C. Premium Adjustment:**

      **(1)** The final earned premium for this policy shall be calculated by applying the rates used for the purpose of computing the deposit premium to the actual term of coverage and the Estimated Total Completed Value as reported in accordance with 11.B. above, subject to any minimum and earned premium as stated in 11.A. above.

      **(2)** If the premium so calculated shall differ from the deposit premium stated in 11.A. above, such difference shall be due and payable to the Named Insured or the Company, as the case may be, subject to any minimum and earned premium as stated in 11.A. above.

      **(3)** The rates used for the purpose of calculating the deposit premium and the final earned premium are:

| Rates: | | |
|---:|:---|---|
| $ 0.0693 | / $100 Physical Damage (annual) | |
| $ 0.1092 | / $100 Delay In Completion (annual) | |
| $ Included | / $100 **HOT TESTING**\* (monthly\*) | |
| $ Included | / $100 PD – Windstorm (per month\*\*) | |
| $ Included | / $100 Delay – Windstorm (per month\*\*) | |
| 15% | of non-catastrophe premium - Terrorism | |

    \*   As used above, the term "monthly" shall mean any period of (30) thirty consecutive days from the commencement of **HOT TESTING**\* and shall include all idle periods .

    \*\*  As used above, the term "month" refers to the windstorm months of June to November, inclusive.

**12. POLICY TERRITORY:**

    This policy covers property within the fifty (50) states comprising the United States of America, its territories and possessions, including the District of Columbia, including their territorial coastal waters, unless otherwise endorsed to the policy.

# PART A - COVERAGE

1. **INSURING AGREEMENT**:

   This policy, subject to the terms, exclusions, limitations and conditions contained herein or endorsed hereto, insures against all risks of direct physical loss of or damage to insured property while at the location of the **INSURED PROJECT\***, while in offsite temporary storage or while in inland transit, all within the policy territory and occurring during the term of this policy.

2. **PROPERTY INSURED**:

   At the location of the **INSURED PROJECT\***:

   **A.** Permanent Works - All materials, supplies, equipment, machinery, and other property of a similar nature, being property of the Insured or of others for which the Insured may be contractually responsible, the value of which has been included in the estimated value of the **INSURED PROJECT\*** in the DECLARATIONS, all when used or to be used in or incidental to the demolition of existing structures, site preparation, fabrication or assembly, installation or erection or the construction of or alteration, renovation, rehabilitation of the **INSURED PROJECT\***.

   **B.** Temporary works - All scaffolding, form work, fences, shoring, hoarding, falsework and temporary buildings all incidental to the project and the value of which has been included in the estimated value of the **INSURED PROJECT\*** in the DECLARATIONS.

3. **EXTENSIONS OF COVERAGE**:

   The following Extensions of Coverage are subject to the terms and conditions of this policy, including sublimits of liability corresponding to each such Extension of Coverage, the Limit of Liability, applicable Aggregate Limit of Liability and applicable deductible shown on the Declarations.

   **A. TRANSIT**

   Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(3) of the DECLARATIONS, transit coverage applies  with respect to property to be used in or incidental to completion of the **INSURED PROJECT\*** from the commencement of loading at the original point of shipment anywhere within the policy territory and Canada, until completion of unloading at the **INSURED PROJECT\***, including shipments on inland or coastal waters but excluding ocean marine shipments.

   The Insured agrees to keep records of all shipments Insured hereunder and make them available to the Company upon request.

   This coverage shall be void if the Insured enters into any special agreement with carriers, releasing them from their common law or statutory liability or agreeing that this insurance shall in any way inure to the benefit of such carriers; however, the Insured may, without prejudice to this coverage, accept such bills of lading, receipts, or contracts of transportation as are ordinarily issued by carriers containing a limitation as to the value of property insured.

   **B. OFFSITE TEMPORARY STORAGE**

   Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(4) of the DECLARATIONS, offsite temporary storage coverage applies with respect to property to be used in or incidental to completion **INSURED PROJECT\***, anywhere within the policy territory but excluding such property while in the course of manufacturing or processing at the manufacturer's or supplier's site or while in transit.

**C.   EXPEDITING EXPENSE AND EXTRA EXPENSE**

**(1)   EXPEDITING EXPENSE**

Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(5) of the DECLARATIONS, in the event of direct physical loss or damage insured hereunder and occurring during the policy period, the Company will pay for the reasonable extra costs to make temporary repairs and to expedite the permanent repair or replacement of the insured property which is damaged by an insured peril, including additional wages for overtime, night work, and work on public holidays and the extra costs of express freight or other rapid means of transportation.

**(2)   EXTRA EXPENSE**

Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(6) of the DECLARATIONS, in the event of direct physical loss or damage insured hereunder and occurring during the policy period, the Company will pay for the reasonable and necessary Extra Expense which is incurred by the Insured for the purpose of continuing as nearly as practicable the scheduled progress of undamaged work, but only when such scheduled progress is impaired by direct physical loss or damage by an insured peril to the insured property.

**(a)**   "Extra Expense" shall be defined as the excess costs over and above the total costs that would normally have been incurred to continue the scheduled progress of the undamaged work in the absence of insured loss or damage.

**(b)**   "Extra Expense" shall include reasonable and necessary labor, supervision, management and administration costs, equipment rental, temporary use of property and demobilization and remobilization of equipment and facilities, all when necessarily incurred to reduce time delays in the contract schedule.

It is a condition precedent to recovery hereunder that the Named Insured shall use due diligence and shall do and concur in all things necessary to maintain the scheduled progress of the undamaged work which existed immediately prior to insured loss or damage covered by this Policy.

Notwithstanding the foregoing, Expediting Expense and Extra Expense shall not include:

**(1)**   Expenses incurred to comply with any ordinance or law which regulates removal, repair, demolition, construction or re-construction of the insured property; or

**(2)**   Expenses incurred for alterations, additions, improvements or other changes in materials, designs, plans, specifications or the means and methods of construction.

**D.   TREES, SHRUBS, PLANTINGS AND LANDSCAPING**

Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(7) of the DECLARATIONS, this policy is extended to cover direct physical loss or damage to trees, plantings, shrubs and landscaping materials which are part of and while located at the **INSURED PROJECT***.  However, the Company shall not cover loss or damage caused by insects, vermin, rodents, animals, infestation, disease, freeze, drought, hail, or the weight of ice or snow.

**E.  PLANS, BLUEPRINTS, DRAWINGS, RENDERINGS, SPECIFICATIONS OR OTHER CONTRACT DOCUMENTS & MODELS**

Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(8) of the DECLARATIONS, this policy is extended to cover direct physical loss of or damage to plans, blueprints, drawings, renderings, specifications or other contract documents (whether paper or electronic media format and models while at the **INSURED PROJECT**\*.  However, the Company shall not cover loss or damage caused by electrical or magnetic injury to electronic records or errors and omissions in creating, processing or copying electronic records.

**F.  FIRE BRIGADE CHARGES AND EXTINGUISHING EXPENSES**

Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(9) of the DECLARATIONS, in the event of direct physical loss or damage insured hereunder and occurring during the policy period, the Company will pay the following reasonable expenses:

**(1)** fire brigade charges and other extinguishing expenses for which the Named Insured may be assessed;

**(2)** loss of fire extinguishing materials expended in fighting fire, including the loss of similar material which may be brought on the project location for the purpose of extinguishing a fire already in progress at the time such materials are ordered and delivered, but liability shall not exceed the combined value of such extinguishing materials which are on the premises, or on adjacent premises, if such materials are jointly owned at the time of loss.

**G.  DEBRIS REMOVAL**

Subject to the SUBLIMIT OF LIABILITY for Debris Removal stated in item 6.B.(10) of the Declarations, in the event of direct physical loss or damage insured hereunder at the location of the **INSURED PROJECT**\* shown in item 9. of the DECLARATIONS and occurring during the policy period, the Company will pay the following reasonable and necessary costs:

**(1)** to remove debris of insured property from the location of the **INSURED PROJECT**\*; and/or

**(2)** to cleanup the location of the **INSURED PROJECT**\*.

The Company will not pay the expense or cost to extract **CONTAMINANTS OR POLLUTANTS**\* from land, water and/or debris, or to remove, restore, or replace contaminated or polluted land or water. In addition, the Company will not remove or transport any property or debris to a site for storage or decontamination required because the property or debris is affected by **CONTAMINANTS OR POLLUTANTS**\*, whether or not such removal, transport or decontamination is required by law, ordinance or regulation nor will the Company remove or any property or debris damaged by **MOLD**\*.

It is a condition precedent to recovery under this extension that the Company shall have paid or agreed to pay for direct physical loss or damage to the insured property hereunder and that the Insured shall give written notice to the Company of the intent to make a claim for cost of removal of debris or cost to clean up not later than **180 days** after the date of such direct physical loss or damage.

**H.  HOT TESTING**\*

When a specific premium and rate are entered for **HOT TESTING**\* in Paragraph 11 C. of the DECLARATIONS and a **TESTING PERIOD**\* has been identified in Paragraph 3 of the DECLARATIONS, this policy is extended to cover direct physical loss or damage to the property insured which is caused by or results from **HOT TESTING**\*.

The Insured warrants that supervisory and safety systems shall not be deliberately or knowingly circumvented during the conduct of **TESTING**\*. This warranty shall not apply when it is standard accepted industry practice and / or manufacturer's specification that such circumvention is necessary for the conduct of individual activities within the conduct of **TESTING**\* provided that such circumvention does not extend beyond said individual activities. It is further warranted that all instrumentation will be installed and activated prior to the conduct of any **TESTING**\*.

**I.   CLAIMS PREPARATION COSTS**

Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(11) of the DECLARATIONS, this policy is extended to include reasonable and necessary expenses incurred by the Insured for preparing and certifying particulars or details of the Insured's business in order to determine the amount of loss payable under this policy.

There shall be no coverage under this policy for expenses incurred by the Insured in utilizing the services of Attorneys, Public Adjusters, Insurance Agents or Brokers, or any of their subsidiary, related or associated entities.  This Policy also excludes any fees or costs for consultation on coverage or negotiation of claims, and the costs or expenses of overhead or operating expenses of any Insured, including salaries of such Insured's employees.

**J.   LIMITED POLLUTION AND CONTAMINATION COVERAGE**

Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(12) of the DECLARATIONS, this policy is extended to cover the reasonable and necessary additional expense incurred to:

**(1)**   Remove, dispose of, or clean-up the actual presence of **CONTAMINANTS OR POLLUTANTS\*** from land or water at the location of the **INSURED PROJECT\*** and

**(2)**   Remove and transport any property or debris to a site for storage or decontamination required because the property or debris is affected by **CONTAMINANTS OR POLLUTANTS\*,**

when such land or water is contaminated or polluted due to a peril insured against at the location of the **INSURED PROJECT\***.  There will be no coverage unless such expenses are reported to the Company within 180 days after the date of such direct physical loss or damage.

**K.   DEMOLITION AND INCREASED COST OF CONSTRUCTION**

Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(13) of the DECLARATIONS, in the event of direct physical loss or damage under this policy that causes the enforcement of any law or ordinance in effect at the time of loss that regulates the repair, rebuilding or re-construction of the damaged portions of the **INSURED PROJECT\*** (or existing property, if applicable), then to the extent required by such enforcement of any law or ordinance, the Company shall be liable for:

**(1)**   Cost of demolishing undamaged parts of the **INSURED PROJECT\*** as required by the law or ordinance, including cost of clearing the site.

**(2)**   Increased cost of repair, rebuilding or re-construction of the damaged and undamaged portions of the **INSURED PROJECT\*** on the same premises for the same use and occupancy, but not exceeding like height, floor area, style, material and limited to the minimum requirements of the law or ordinance.

**(3)**   If Delay In Completion coverage is provided by the policy, loss arising out of the additional time required to comply with the requirements of said law or ordinance.  Such additional time will not exceed **thirty (30)** consecutive days.

**(4)**   If Damage To Existing Property coverage is provided by the policy, (i) the cost of demolishing undamaged parts of the existing property as required by the law or ordinance, including cost of clearing the site, and (ii) the increased cost of repair, rebuilding or re-construction of the damaged and undamaged portions of the existing property on the same premises for the same use and occupancy, but not exceeding like height, floor area, style, material and limited to the minimum requirements of the law or ordinance.

With respect to coverage provided by Paragraphs **(2)** and **(4)**, the Company shall not be liable for any loss, unless and until the damaged or destroyed building(s) or structure(s) is actually rebuilt or replaced on the same premises with due diligence and dispatch and in no event, unless repair or replacement is completed within **two (2)** years after the destruction or damage or within such further time as the Company may allow in writing during the **two (2)** years.

The following costs are not payable hereunder:

**(1)** Cost of demolition or increased cost of repair or reconstruction, debris removal, or other consequential loss caused by the enforcement of any law or ordinance regulating asbestos material or **CONTAMINANTS OR POLLUTANTS***;

**(2)** Cost of any governmental direction or request declaring that asbestos material present in, part of or utilized on any undamaged portion of insured property can no longer be used for the purpose for which it was intended or installed and must be removed or modified; and

**(3)** Cost of compliance with the enforcement of any law or ordinance which an Insured would have otherwise incurred by nature of such law or ordinance in the absence of any loss or damage covered by this policy.

## L. MOLD REMEDIATION EXPENSE

Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(14) of the DECLARATIONS, this policy is extended to cover the reasonable and necessary mold remediation expenses incurred by the Insured, made necessary by a covered water damage loss during the term of insurance to the **INSURED PROJECT*** or insured property as provided under the policy.  This extension of coverage only applies to the portion of the **INSURED PROJECT*** or insured property which directly sustained the covered water damage loss.

Mold remediation expenses means the reasonable and necessary expenses, not otherwise covered for:

**(1)** Testing the indoor air quality for **MOLD***;

**(2)** Testing the surfaces and materials of the **INSURED PROJECT***, insured property or contents for **MOLD***;

**(3)** Developing a mold remediation plan; and

**(4)** Implementing a mold remediation plan including the clean up, removal, containment, treatment or disposal of **MOLD***.

Mold remediation expenses shall also mean the reasonable and necessary expenses, including increased expenses, not otherwise covered for:

**(1)** Removing debris solely due to **MOLD***; and

**(2)** Repairing and replacing the **INSURED PROJECT*** or insured property damaged solely due to **MOLD***.

No other mold remediation expenses, including any other consequential loss or damage as a result of **MOLD*** are provided, other than those expenses expressly set forth herein.

Any mold remediation expenses shall be subject to the deductible applicable to the insured peril that necessitates such expenses.

**M.  ARCHITECTS, ENGINEERS, AND OTHER PROFESSIONAL FEES**

Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(15) of the DECLARATIONS, this policy is extended to cover necessary and reasonable compensation for architect's or engineer's services and expenses incurred by the Insured in connection with the repair or replacement of the **INSURED PROJECT***, but excluding any expenses relating to improvements or betterments to the **INSURED PROJECT***.

# <u>PART B - EXCLUSIONS</u>

1. <u>**PERILS EXCLUDED**</u>:

This policy shall not pay for loss, damage or expense caused directly or indirectly by any of the following.   Such loss, damage or expense is excluded regardless of any other cause or event contributing concurrently or in any sequence with the loss or damage.:

**A.**  Consequential loss, damage or expense of any kind or description including, but not limited to, loss of market or delay, liquidated damages, performance penalties, penalties for non-completion, delay in completion, or non-compliance with contract conditions, whether caused by a insured peril or not. However, if Delay In Completion Coverage is provided by endorsement, then the Company shall be liable for loss or damage to the extent provided therein.;

**B.**  Faulty or defective workmanship or materials, unless direct physical loss or damage by an insured peril ensues and then this policy will cover for such ensuing loss or damage only;

**C.**  Fault, defect, error, deficiency or omission in design, plan or specification, unless direct physical loss or damage by an insured peril ensues and then this policy will cover for such ensuing loss or damage only;

**D.**  Wear and tear, gradual deterioration, inherent vice, latent defect, corrosion, rust, wet or dry rot, animal, insect or vermin damage, extremes or changes of temperature damage, or changes in relative humidity damage, all whether atmospheric or not, unless direct physical loss or damage by an insured peril ensues and then this policy will cover for such ensuing loss or damage only;

**E.**  **(1)** war, hostile or warlike action in time of peace or war, whether or not declared, including action in hindering, combating or defending against an actual, impending or expected attack:

  **(a)** by government or sovereign power (de jure or de facto) or by any authority maintaining or using military, naval or air forces; or

  **(b)** by military, naval or air forces; or

  **(c)** by an agent of any such government, power, authority or force.

**(2)** any weapon of war employing atomic fission or radioactive force whether in time of peace or war, whether or not its discharge was accidental;

**(3)** insurrection, rebellion, revolution, civil war, usurped power, or action taken by government authority in hindering, combating, or defending against such an occurrence, seizure or destruction;

Including any consequence of Subparagraph (1), (2), or (3) above.

**(4)** hijacking or any unlawful seizure or wrongful exercise or control of any mode of transportation, including but not limited to aircraft, watercraft, truck(s), train(s) or automobile(s), including any attempted seizure of control, made by any person or persons.

**F.**  Nuclear reaction, nuclear radiation or radioactive contamination from any cause, all whether direct or indirect, controlled or uncontrolled, proximate or remote or is contributed to or aggravated by an insured peril; nevertheless if a fire arises directly or indirectly out of any of the foregoing, any loss or

damage arising directly from that fire shall (subject to the provisions of this policy) be covered, excluding however all loss or damage caused by nuclear reaction, nuclear radiation or radioactive contamination arising directly or indirectly from that  fire;

**G.**   Disappearance or when revealed by inventory shortage alone;

**H.**   Infidelity, dishonesty or fraudulent activity of the Insured or any of the Insured's partners, officers, directors, trustees, employees or others to whom the insured property is entrusted;

**I.**   Loss, damage, costs, expenses, fines or penalties incurred or sustained by or imposed on the Insured at the order of any government agency, court or other authority arising from any cause whatsoever;

**J.**   Actual, alleged or threatened release, discharge, escape or dispersal of **CONTAMINANTS OR POLLUTANTS***, all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any physical loss or damage insured by this policy;

Nevertheless, if fire is not excluded from this policy and a fire arises directly or indirectly from actual release, discharge, escape or dispersal of **CONTAMINANTS OR POLLUTANTS***, any loss or damage insured under this policy arising directly from that fire is insured, subject to the provisions of this policy;

This exclusion shall not apply when loss or damage is directly caused by fire, lightning, aircraft impact, explosion, riot, civil commotion, smoke, vehicle impact, windstorm, hail, vandalism or malicious mischief, leakage or accidental discharge from automatic **FIRE PROTECTION SYSTEMS***;

**K.**   **(1)**   The removal of asbestos, dioxin or polychlorinated biphenols (hereinafter all referred to as "Materials") from any goods, products or structures.  However, if asbestos is damaged by fire, lightning, aircraft impact, explosion, riot, civil commotion, smoke, vehicle impact, windstorm or hail, vandalism, malicious mischief, or leakage or accidental discharge from an **AUTOMATIC FIRE PROTECTION SYSTEMS***, the cost of removal shall be covered herein.  The coverage afforded by this extension does not apply to the costs of investigation or defense of any loss or damage, or any costs for loss of use expense, fine or penalty or for any expense or claim or suit related to any of the above.

**(2)**   Demolition or increased cost of reconstruction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating such Materials.

**(3)**   Any governmental direction or request declaring that such Materials present in, or part of, or utilized on any portion of the Insured's property or **INSURED PROJECT*** can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

**L.**   Loss, damage, or expense covered under any written or implied guarantee or warranty by any manufacturer or supplier, but only to the extent of recovery from such written or implied guarantee or warranty;

**M.**   Normal subsidence, settling, cracking, expansion, contraction or shrinkage of walls, floors, ceilings, buildings, foundations, patios, walkways, driveways or pavements;

**N.**   **MOLD***;

**O.**   As regards EXTENSION OF COVERAGE D, infestation, disease, freeze, drought and hail, weight of ice or snow or any damage caused by insects, vermin, rodents or animals;

**P.**   As regards EXTENSION OF COVERAGE E, electrical or magnetic injury to or errors and omission in creating, processing or copying electronic records, however caused;

**Q.**   The Company will not pay for any **SOFTWARE LOSS***. To the extent coverage for equipment, hardware, media or device is provided in the Policy, this exclusion does not apply:

**(1)** if the **SOFTWARE LOSS***  results solely from direct physical loss of or direct physical damage to the equipment, hardware, media or device on which the program, software or operating system, programming instructions, or data are transported, processed or contained;

**(2)** to direct physical loss of or direct physical damage to tangible Covered Property that results from a **SOFTWARE LOSS***;

For the purposes of this exclusion, program, software or operating system, programming instruction and data are not tangible Covered Property.

2.  **PROPERTY EXCLUDED**

This policy does not insure:

**A.**  Land and land values and the value of cut, fill and backfill materials existing at the project site prior to project commencement; however, to the extent included in the contract bid documents and declared for premium purposes, the value of fill and backfill materials purchased for use in the completion of the project is not excluded. Notwithstanding the foregoing, labor and material charges incurred to move, remove, place or otherwise handle cut, fill and backfill materials, whether insured or uninsured in the foregoing, are covered to the extent such charges are included in the contract bid documents and declared for premium purposes;

**B.**  Contractor's tools, machinery, plant and equipment, including spare parts and accessories, whether owned, loaned, hired or leased, and property of a similar nature not destined to become a permanent part of the completed **INSURED PROJECT** * unless the value of the same is reported and additional premium is paid at rates and terms to be agreed;

**C.**  Vehicles or equipment licensed for highway use, rolling stock, aircraft or watercraft;

**D.**   Water, animals, standing timber and growing crops;

**E.**  Accounts, bills, currency, stamps, deeds, evidence of debt, checks, money, securities, precious metals or precious stones or other property of a similar nature;

**F.**  Existing property at the location of the **INSURED PROJECT*** unless separately declared to the Company in advance and specifically endorsed to the policy;

**G.**  Property located at other than the location of **INSURED PROJECT*** except as covered under the Transit or Offsite Temporary Storage Extensions of Coverage;

**H.**  Prototype, developmental or used machinery and equipment but only as to damage while undergoing any form of  testing, commissioning or startup unless specifically endorsed to the policy;

**I.**  Transmission and distribution lines once energized upon completion of testing; or

**J.**  Loss or damage to insured property while covered by Ocean Marine Insurance or while waterborne in the course of ocean shipment.

# PART C - DEFINITIONS

**Wherever in this Policy a word or words appear in capitalized bold face type followed by an asterisk,  the following definitions will be applied in the interpretation of such wording**

1.  **CONTAMINANTS OR POLLUTANTS:**

    **CONTAMINANTS OR POLLUTANTS\*** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, which after its release can cause or threaten damage to human health or human welfare or causes or threatens damage, deterioration, loss of value, marketability or loss of use to property insured hereunder, including, but not limited to, bacteria, virus, or hazardous substances as listed in the Federal Water, Pollution Control Act , Clean Air Act, Resource Conservation and Recovery Act of 1976, and Toxic Substances Control Act or as designated by the U. S. Environmental Protection Agency. Waste includes materials to be recycled, reconditioned or reclaimed.

2.  **EARTH MOVEMENT:**

    **EARTH MOVEMENT\*** means any natural or manmade:

    A.  Earthquake, including any earth sinking, rising or shifting related to such event;

    B.  Landslide, including any earth sinking, rising or shifting related to such event;

    C.  Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

    D.  Earth sinking rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty.   Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface;

    E.  Shocks, tremors, mudslide, mud flow, rock falls, volcanic eruption, sinkhole collapse, subsidence;

    and includes tsunami.

3.  **FIRE PROTECTION SYSTEMS:**

    **FIRE PROTECTION SYSTEMS\*** means tanks, water mains, hydrants, or valves, and any other equipment whether used solely for fire protection or jointly for fire protection and for other purposes but excluding:

    A.  branch piping from a joint system where such branches are used entirely for purposes other than fire protection.

    B.  any underground water mains or appurtenances located outside of the described premises and forming part of the public water distributing system.

    C.  any pond or reservoir in which the water is impounded by a dam.

4.  **FLOOD:**

    **FLOOD\*** means, whether natural or manmade, flood waters, surface water, waves, tide or tidal water, overflow or rupture of a dam, levy, dike, or other surface containment structure, storm surge, the rising, overflowing or breaking of boundaries of natural or manmade bodies of water, or the spray from any of the foregoing, all whether driven by wind or not.  A tsunami shall not be considered a **FLOOD\***.

5. **INSURED PROJECT:**

**INSURED PROJECT\*** means the work which the Insured is contractually obligated to perform in accordance with the contract documents being more fully described and located as set forth in the Declarations.

6. **MOLD:**

**MOLD\*** means fungus, mold(s), mildew or yeast; or any spores or toxins created or produced by or emanating from such fungus, mold(s), mildew or yeast.

Fungus includes, but is not limited to, any of the plants or organisms belonging to the major group fungi, lacking chlorophyll, and including mold(s), rusts, mildews, smuts and mushrooms.

Mold includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and fungi that produce mold(s).

Spore means any dormant or reproductive body produced by or arising or emanating out of any fungus, mold(s), mildew, plants, organisms or microorganisms.

7. **NAMED STORM:**

**NAMED STORM\*** means a storm that has been declared by the National Weather Service to be a Hurricane, Typhoon, Tropical Cyclone, Tropical Storm, or Tropical Depression.

8. **OCCURRENCE:**

With the exception of the perils of **EARTH MOVEMENT\*, FLOOD\***, **NAMED STORM\*,** windstorm, riot, riot attending a strike, civil commotion, and vandalism and malicious mischief, **OCCURRENCE\*** means an accident, incident, or a series of accidents or incidents arising immediately out of a single event or originating cause and includes all resultant or concomitant losses wherever located.

In respect of the perils of **EARTH MOVEMENT\*, FLOOD\***, **NAMED STORM\*,** windstorm, riot, riot attending a strike, civil commotion, and vandalism and malicious mischief, **OCCURRENCE\*** means all losses arising during a continuous period of seventy-two (72) hours during the term of this policy insofar as the limit of liability, sublimit of liability, aggregate limit of liability and the deductible provisions of the policy are concerned.  The Insured may elect the moment when the seventy-two (72) hour period begins, but no two such periods shall overlap.  Such  **EARTH MOVEMENT\*, FLOOD\***, **NAMED STORM\*,** windstorm, riot, riot attending a strike, civil commotion, and vandalism and malicious mischief shall be deemed to be a single **OCCURRENCE\*** within the meaning of this policy.  The Company shall not be liable for any such loss occurring before the effective date and time of this Policy or occurring after the expiration date and time of this Policy; however, the Company will be liable for any loss occurring for a period, of up to seventy-two (72) consecutive hours after the expiration of this policy provided that the **OCCURRENCE\*** takes place prior to the date and time of the expiration of this policy.

9. **TESTING:**

**TESTING\*** means:

A. **HOT TESTING\*** - Any startup, commissioning or other forms of testing making use of any feedstock or similar media including operational or performance tests.

B. Cold Testing - Any functional testing, exclusive of **HOT TESTING\*** as defined above including, but not limited to, electrical, mechanical, hydraulic, hydrostatic and pneumatic.

C. For the purposes of the foregoing definitions, startup and testing of building systems shall be considered Cold Testing.

10. **SOFTWARE LOSS**:

Loss of or damage to any software, program, operating system, programming instruction or data arising out of or resulting from any failure, malfunction, deficiency, deletion, fault, **VIRUS**\* or corruption.   **SOFTWARE LOSS**\* includes loss or damage resulting from any authorized or unauthorized access in, of or to any computer, communication system, file server, networking equipment, computer system, computer hardware, data processing equipment, computer memory, microchip, microprocessor (computer chip), integrated circuit or similar device in computer equipment, any program, computer software or operating systems, programming instructions or data.

11. **VIRUS**:

Any software, data or code that affects the operation or functionality of any computer, communication system, file server, networking equipment, computer system, computer hardware, data processing equipment, computer memory, microchip, microprocessor (computer chip), integrated circuit or similar device in computer equipment, program, computer software or operating systems, programming instructions or data including any destructive program, computer code, computer virus, worm, logic bomb, denial of service attack, smurf attack, vandalism, Trojan Horse or any other data introduced into any electronic system causing deletion, destruction, degradation, corruption, malfunction or compromise to data, software or electronic business systems.

12. **TESTING PERIOD**:

As respects **HOT TESTING**\*, the **TESTING PERIOD**\* means and be limited to that period beginning with the introduction into the insured property of feedstock or similar media for processing and handling or the commencement of supply to a system and continuously thereafter whether or not such testing, commissioning or startup is continuous or intermittent and terminating on the expiry of the period of time as provided in Paragraph 5 of the Declarations.

13. **WATER DAMAGE**:

**WATER DAMAGE**\* means physical loss or damage caused by water, regardless of the source, as covered by this Policy other than as caused by **FLOOD**\* or **NAMED STORM**\*.

# PART D - GENERAL CONDITIONS

1. **OBSERVANCE OF CONDITIONS:**

The due observance and fulfillment of the terms and conditions of this policy by the Insured, insofar as they relate to anything to be done or complied with by them, shall be a condition precedent to any liability of the Company to make payment for loss under this policy.

2. **INCREASED HAZARD:**

If the circumstances in which this insurance was entered into shall be altered or if the risk shall be materially increased, the Insured shall as soon as possible give notice in writing to the Company.

3. **MISREPRESENTATION & FRAUD:**

This policy shall be void if the Insured has concealed or misrepresented any material fact or circumstances concerning this insurance or the subject thereof, or in case of any fraud, attempted fraud or false swearing by the Insured touching any matter relating to this insurance or the subject thereof, whether before or after a loss.

4. **ERRORS & OMISSIONS:**

No unintentional errors or omissions in any information required to be reported to the Company or otherwise relative to this insurance will prejudice the Insured's right of recovery, but will be reported to the Company as soon as practicable when discovered.

5. **INSPECTION & AUDIT:**

While this policy is in effect, the Company can, at any reasonable time, inspect the insured property and operations. However, neither the Company's inspection nor any report thereof can serve as any representation that the insured property or operations are safe or healthful, or that they comply with any law, rule or regulation.

Books and records will be kept by the Insured in such a manner that the total project cost of the work and the exact amount of any loss or damage covered by this policy can be accurately determined. The Company may examine and audit the Insured's books and records at any reasonable time during the policy period and within one year after the final termination of the policy, as long as they relate to the subject matter of this policy.

6. **CLAIM AGAINST TRANSIT CARRIER AND/OR BAILEE:**

No claim for loss or damage during transit shall be payable hereunder until the Insured has filed a claim with and made reasonable efforts to secure payment from the transporting carrier and the carrier has denied liability.

7. **PROTECTION OF PROPERTY:**

The Insured will take reasonable steps to protect, recover or save the property insured and minimize any further or potential loss or damage when:

**A.** The property insured has sustained direct physical loss or damage by an insured peril; or

**B.** The property insured is in imminent danger of sustaining direct physical loss or damage from:

    **(1)** windstorm or other related perils, but only when the potential for the same to occur has been forecasted by the National Weather Service or similar recognized weather forecast service(s);

    **(2)** **FLOOD**\*, but only when the potential for the same to occur has been forecasted by the National Weather Service or the U.S. Army Corps of Engineers;

**(3)** Fire;

The acts of the Insured or the Company in protecting, recovering or saving the property insured will not be considered a waiver or an acceptance of abandonment. The Insured and the Company will bear the expense incurred proportionate to their respective interests.

The foregoing shall not serve to increase the Limit of Liability stated in the DECLARATIONS and shall be subject to the deductible provisions of the policy.

**8.** **EXAMINATION UNDER OATH:**

The Insured shall submit and, so far as is within their power, shall cause all other persons to submit, to examination under oath by any persons named by the Company relative to any and all matters in connection with a claim and shall produce for examination all books of account, bills, invoices, and other vouchers or certified copies thereof if originals are lost, at such reasonable time and place as may be designated by the Company or its representatives and shall permit extracts and copies thereof to be made.

**9.** **IN CASE OF LOSS:**

**A.** **Notice of Loss:**

The Insured will, as soon as practicable, report in writing to the Company every loss **OCCURRENCE\*** which may give rise to a claim under this policy.

**B.** **Proof of Loss:**

The Insured will, as soon as practicable, file with the Company a signed and sworn detailed proof of loss stating to the best knowledge and belief of the Insured the time and cause of loss or damage and the interest of the Insured and others in the property so affected..

**C.** **Payment of Loss:**

All adjusted claims, including partial payments thereon, will be due and payable no later than **(60) sixty** days after presentation and acceptance of proof of loss or partial proof of loss, as the case may be, by this Company or its appointed representative.

**10. PARTIAL LOSS:**

The Company hereby grants permission to repair any partial damage to the property insured which can be conveniently and advantageously undertaken by the Insured. The Company will reimburse the Insured who has suffered the loss for the actual cost of such repairs, subject always to the applicable deductible and limits of liability stated in the Declarations. Nothing in this clause shall be deemed to have waived the requirement that notice of loss be given forthwith to the Company as provided in the policy.

**11. SUBROGATION:**

If the Company pays a claim under this policy, it will be subrogated, to the extent of such payment, to all the Insured's rights of recovery from other persons, organizations and entities. The Insured will execute and deliver instruments and papers and do whatever else is necessary to secure such rights.

The Company will have no rights of subrogation against:

**A.** Any person or entity, which is a Named Insured or an Additional Insured;

**B.** Any other person or entity, which the Insured has waived its rights of subrogation against in writing before the time of loss;

Notwithstanding the foregoing, it is a condition of this policy that the Company shall be subrogated to all the Insured's rights of recovery against:

**A.** any Architect or Engineer, whether named as an Insured or not, for any loss or damage arising out of the performance of professional services in their capacity as such and caused by an error, omission, deficiency or act of the Architect or Engineer, by any person employed by them or by any others for whose acts they are legally  liable, and

**B.** any manufacturer or supplier of machinery, equipment or other property, whether named as an Insured or not, for the cost of making good any loss or damage which said party has agreed to make good under a guarantee or warranty, whether expressed or implied.

The Insured will act in concert with the Company and all other interest concerned in the exercise of such rights of recovery. The Insured will do nothing after a loss to prejudice such rights of subrogation.

If any amount is recovered as a result of such proceedings, the net amount recovered after deducting the costs of recovery, will accrue first to the Company. Any excess of this amount will be remitted to the Insured. If there is no recovery, the interests instituting the proceedings will bear the expense of the proceedings proportionately.

**12.** <u>**CONTRIBUTING INSURANCE:**</u>

Permission is granted for other policies written upon the same terms, exclusions, limitations and conditions as those contained herein. This policy will contribute to the total of each loss otherwise payable herein to the extent of the participation of this policy in the total limit of liability as provided by all policies written upon the same terms, exclusions, limitations and conditions as those contained in this policy.

**13.** <u>**EXCESS INSURANCE:**</u>

Permission is granted the Insured to have excess insurance over the limit of liability set forth in this policy without prejudice to this policy, nor will the existence of such insurance, if any, reduce any liability under this policy.

**14.** <u>**OTHER INSURANCE:**</u>

Except as stated in CONTRIBUTING INSURANCE and EXCESS INSURANCE above, if there is other collectible insurance, this policy will cover as excess insurance and will not contribute with such other insurance.

**15.** <u>**UNDERLYING INSURANCE:**</u>

Permission is given for the Insured to purchase insurance on all or any part of the deductible(s) or perils of this policy. The existence of such underlying insurance shall not prejudice or affect any recovery otherwise payable under this policy.

**16.** <u>**RECOVERY OR SALVAGE:**</u>

Any recovery or salvage excluding proceeds from subrogation and other insurance recovered or received after a loss settlement under this policy or any recovery from suretyship, insurance, reinsurance, security or indemnity taken by or for the benefit of the Company will apply as if recovered or received prior to the loss settlement and the loss will be readjusted accordingly.

**17. REINSTATEMENT:**

With the exception of loss caused by perils which are subject to aggregate limits, any loss hereunder will not reduce the amount of this policy.

**18. BANKRUPTCY OR INSOLVENCY:**

Bankruptcy or insolvency of the Insured shall not relieve the Company of any of its obligations under this policy.

**19. BRANDS & TRADEMARKS:**

In case of loss or damage by an insured peril to insured property bearing a brand, trademark or label, the Company may take all or any part of the property at any agreed or appraised value. If so, the Insured may, at their own expense:

**A.** Stamp salvage on the property or its container, if the stamp will not physically damage the property; or

**B.** Remove the brand, trademark or label, if doing so will not physically damage the property. The Insured must re-label the property or its container to comply with the law.

**20. ENTRY, CONTROL, ABANDONMENT:**

After loss or damage to insured property, the Company shall have an immediate right of access and entry by accredited agents sufficient to enable them to survey and examine the property, and to make an estimate of the loss or damage and, after the Insured has secured the property, a further right of access and entry sufficient to enable them to make an appraisal or estimate of the loss or damage, but the Company shall not be entitled to the control or possession of the property, and without the consent of the Company there can be no abandonment of the property insured.

**21. PAIR & SET:**

**A.** In the event of loss of or damage to any insured article or articles which are part of a pair or set, the measure of loss of or damage to such article or articles will be a reasonable and fair proportion of the total value of the pair or set, giving consideration to the importance of said article or articles, but in no event will such loss or damage be construed to mean total loss of the pair or set; or

**B.** In the event of loss or damage to any part of property insured consisting, when complete for use, of several parts, the Company will only be liable for the value of the part lost or damaged.

**22. APPRAISAL:**

If the Insured and the Company fail to agree as to the value of the property or the amount of loss, either may make written demand for an appraisal. In this event, each party will choose a competent and impartial appraiser within **twenty (20)** days after receiving a written request from the other. The appraisers will then select an umpire. If they can not agree upon an umpire within **fifteen (15)** days, either may request the selection by a judge of a court having jurisdiction. The appraisers will then appraise the loss, stating separately the value of the property and the amount of loss to each item, and failing to agree, will submit their differences to the umpire. A decision in writing, so itemized, of any two will be binding. Each party will pay its chosen appraiser and bear the other expense of the appraisal and umpire equally. The Company shall not be held to have waived any of its rights by any act relating to appraisal.

**23. ASSIGNMENT:**

Except in the event of an authorized assignment under the Bankruptcy Act or a change of title by succession, operation of law or death, the Named Insured agrees not to transfer any legal rights or interests in the policy without the Company's written consent.

**24. BENEFIT TO BAILEE:**

This policy will not inure, directly or indirectly, to the benefit of any carrier or bailee.

**25. SERVICE OF SUIT CLAUSE:**

Service of Suit: In the event of failure of the Company to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States. Nothing in this condition constitutes,  or should be understood to constitute a waiver of the Company's rights to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States. It is further agreed that service or process in such suit may be made upon Counsel, Legal Department, Lexington Insurance Company, 99 High Street, Boston, Massachusetts, 02109, or his or her representative, and that,  in any suit instituted against the Company upon this policy, the Company will abide by the final decision of such court or of any appellate court in the event of an appeal.

Further, pursuant to any statute of any state, territory, or district of the United States,  which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance, other officer specified for that purpose in the statute, or his successor or successors in office as its true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this policy of insurance and hereby designates the above named Counsel as the person to whom the said officer is authorized to mail such process or a true copy thereof.

**26. VALUATION:**

At the time and place of loss, the basis of adjustment of a claim, unless otherwise endorsed herein, shall be as follows:

**A. Property Under Construction** - Cost to repair or replace the property lost or damaged at the time and place of loss with material of like kind and quality less betterment including contractor's reasonable profit and overhead in the same proportion as that included in the original contract documents, but in no event to exceed the Limit of Liability; if not so replaced then loss shall be settled on the basis of Actual Cash Value with proper deduction for depreciation.

**B. Property Of Others** (Including Items Supplied By the Owner) - At owner's cost or other actual cash value, whichever is greater, including the contractor's charges.

**C. Temporary Works** - Cost to repair or replace the property lost or damaged with material of like kind, quality and condition but in the event not replaced recovery will not exceed Actual Cash Value.

**D. Plans, Blueprints, Drawings, Renderings, Specifications or Other Contract Documents and Models** - At the cost to reproduce the property with other property of like kind and quality including the cost of gathering or assembling information from back up data if replaced, or if not replaced, at the value of blank material**;**

**E.   Trees, Shrubs, Plantings and Landscaping** - At cost to replace with property of like kind, quality and size plus the proper proportion of labor expended if such damage occurs after installation.

**F.   Property In Transit** - The invoice cost plus accrued shipping charges less shipper's liability, if any.

## 27. <u>CANCELLATION</u>:

**A.**   This policy may be canceled by the Named Insured by mailing to the Company written notice stating when thereafter such cancellation shall be effective. This policy may be canceled by the Company by mailing to the Named Insured, at the address shown in this policy or last known address, written notice stating when, not less than **sixty (60)** days thereafter such cancellation shall be effective, except in the event of the Named Insured's non-payment of any premium due, said notice shall be **ten (10)** days. The mailing of notice as aforementioned shall be sufficient proof of notice and the effective date of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the Named Insured or by the Company shall be equivalent to mailing.

**B.**   In the event of cancellation, premium adjustment may be made at the time cancellation is effected and, if not then made, shall be made as soon as practicable after cancellation becomes effective. The Company's check or the check of its representative mailed or delivered as aforesaid shall be a sufficient tender of any refund of premium due to the Insured.

**C.**   If the Named Insured cancels, earned premium will be computed in accordance with Paragraph 11 of the Declarations plus **ten percent (10%)** short rate penalty. If the Company cancels, earned premium will be computed in accordance with Paragraph 11 of the Declarations. Any premium so computed shall always be subject to any minimum premium set forth in Paragraph 11 of the Declarations.

## 28. <u>STATUTES</u>:

If any Article(s) herein stated conflict with the laws or statutes of any jurisdiction within which this policy applies, such Article(s) are hereby amended to conform to said laws or statutes.

## 29. <u>TITLES OF PARAGRAPHS</u>:

The several titles of the various paragraphs of this form and endorsements attached to this policy are inserted for reference and shall not be deemed in any way to affect the provisions to which they relate.

## 30. <u>CONFLICT OF WORDING</u>:

The conditions contained in this manuscript form shall supersede those of the printed conditions to which this form is attached, wherever the same may conflict. Where there is a conflict between the manuscript form and the printed conditions of this policy, the conditions of the specific section shall prevail.

## 31. <u>SUIT AGAINST INSURERS</u>:

No suit, action or proceeding against the Company for the recovery of any claim shall be sustainable in any court of law or equity unless the Insured shall have fully complied with all the requirements of this policy.  The Company agrees that any suit, action or proceeding against it for recovery of any loss under this policy will not be barred if commenced within **(12) twelve** months after the **OCCURRENCE**\*, provided however, that if under the laws of the jurisdiction in which the **INSURED PROJECT**\* is located such time limitation is invalid, then any such claims shall be void unless such action, suit or proceedings is commenced within the shortest limit of time permitted by the laws of such jurisdiction.

**ENDORSEMENT #001**

**This endorsement, effective 12:01 AM**, 07/13/2017
**Forms a part of Policy No.:** 085053861
**Issued to:** SOUTH CAPITOL BRIDGEBUILDERS; ARCHER WESTERN CONSTRUCTION, LLC
        GRANITE CONSTRUCTION COMPANY
**By:** LEXINGTON INSURANCE COMPANY

## ECONOMIC SANCTIONS ENDORSEMENT

This endorsement modifies insurance provided by the Policy:

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose the Insurer, its parent company or its ultimate controlling entity to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union or the United States of America.

All other terms and conditions of the Policy remain the same.

_____
Authorized Representative

©2013 American International Group, Inc.
All Right Reserved.

ENDORSEMENT #002

**This endorsement, effective 12:01 AM**, 07/13/2017
**Forms a part of Policy No.:** 085053861
**Issued to:** SOUTH CAPITOL BRIDGEBUILDERS; ARCHER WESTERN CONSTRUCTION, LLC
           GRANITE CONSTRUCTION COMPANY
**By:** LEXINGTON INSURANCE COMPANY

## TERRORISM PREMIUM CHARGE ENDORSEMENT WITH EXCLUSION FOR BIOLOGICAL AND/OR CHEMICAL TERRORISM

This endorsement modifies insurance provided by the Policy:

The **terrorism** charge is **$ 187,478** and is included in the Policy Premium shown on the Declarations Page of this Policy.  Notwithstanding anything to the contrary in this Policy, **terrorism** which causes direct physical loss or damage to property is covered.

However, the **Company** does not insure for loss or damage caused directly or indirectly by **biological and/or chemical terrorism** whether controlled or uncontrolled, proximate or remote, sudden or over any length of time, or which is contributed to or aggravated by any other event, cause, or peril. Such loss or damage is excluded regardless of any other event, cause, or peril contributing concurrently or in any sequence to the loss or damage.

The following definitions apply to this Policy:

1.  **Company** means the insurer as shown in the attachment clause of this endorsement.

2.  **Biological and/or chemical terrorism** means the dispersal, discharge, or release of pathogenic, toxic, poisonous, or damaging biological or chemical agents or substances in an act(s) of **terrorism**.

3.  **Terrorism** means the use or threatened use of force or violence against a person or property, or commission of an act dangerous to human life or property, or commission of an act that interferes with or disrupts an electronic or communication system, undertaken by any person or group, whether or not acting on behalf of or in any connection with any organization, government, power, authority or military force, when the effect is to intimidate, coerce or harm:

    **a.**  A government;

    **b.**  The civilian population of a country, state or community; or

    **c.**  Disrupt the economy of a country, state or community.

So long as the Terrorism Risk Insurance Act of 2002, and any revisions or amendments thereto is in effect (the "Act"), **terrorism** includes a certified act of terrorism defined by Section 102. Definitions of the Act.

All other terms and conditions of the Policy remain the same.

_____
Authorized Representative

©2015 American International Group, Inc.
All Rights Reserved.

**ENDORSEMENT #003**

**This endorsement, effective 12:01 AM**, 07/13/2017
**Forms a part of Policy No.:** 085053861
**Issued to:** SOUTH CAPITOL BRIDGEBUILDERS; ARCHER WESTERN CONSTRUCTION, LLC
          GRANITE CONSTRUCTION COMPANY
**By:** LEXINGTON INSURANCE COMPANY

## WAR AND TERRORISM EXCLUSION ENDORSEMENT
### (Applies to locations outside the United States of America, its territories and possessions)

This endorsement modifies insurance provided by the Policy:

Notwithstanding any provision to the  contrary within this insurance or  any endorsement thereto, it is agreed that this insurance excludes loss, damage, cost or expense  of whatsoever nature directly or indirectly caused by, resulting from or in connection with any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss:

1.  War, invasion, acts of foreign enemies, hostilities or warlike operations (whether war be declared or not), civil war, rebellion, revolution, insurrection, civil commotion assuming the proportions of or amounting to an uprising, military or usurped power; or

2.  Any act of terrorism.

    For the purpose of this endorsement an act of terrorism means an act including, but not limited to, the use of force or violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organization(s) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

This endorsement also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to 1. and/or 2. above.

If the Underwriters allege that by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance the burden of proving the contrary shall be upon the Assured.

In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

All other terms and conditions of the Policy remain the same.

                                     Authorized Representative

**ENDORSEMENT #004**

**This endorsement, effective 12:01 AM**, 07/13/2017
**Forms a part of Policy No.:** 085053861
**Issued to:** SOUTH CAPITOL BRIDGEBUILDERS; ARCHER WESTERN CONSTRUCTION, LLC
         GRANITE CONSTRUCTION COMPANY
**By:** LEXINGTON INSURANCE COMPANY

## ADDITIONAL EXTENSIONS OF COVERAGE ENDORSEMENT

It is hereby agreed that the following Extensions of Coverage are added to this policy:

**Construction Contract Penalties**

Subject to the SUBLIMIT OF LIABILITY stated under paragraph 6.B.(15) of the DECLARATIONS, if the First Named Insured is a general contractor and in the event of direct physical loss or damage of the type insured hereunder to the **INSURED PROJECT\***, the Company will pay contractual penalties the first Named Insured is legally liable to pay under the provisions of a written construction contract for late or non-completion of construction of the **INSURED PROJECT\***. Any such penalties must be specified in the written construction contract executed and signed prior to the start of the **INSURED PROJECT\*** and will only be payable in excess of 30 days after the expiration date of the Policy.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

Manuscript                 Page 1 of 1

**ENDORSEMENT #005**

**This endorsement, effective 12:01 AM**, 07/13/2017
**Forms a part of Policy No.:** 085053861
**Issued to:** SOUTH CAPITOL BRIDGEBUILDERS; ARCHER WESTERN CONSTRUCTION, LLC
        GRANITE CONSTRUCTION COMPANY
**By:** LEXINGTON INSURANCE COMPANY

# AMENDATORY ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

### AIG COMPLETED VALUE BUILDERS RISK POLICY

**PART D – GENERAL CONDITIONS,** is amended to include the following:

**32. NON VITIATION**

It is noted and agreed that if the insured described in the schedule comprises more than one insured party each operating as a separate and distinct entity then (save as provided in this multiple insured's clause) cover hereunder shall apply in the same manner and to the same extent as if the individual polices had been issued to each such insured party provided that the total liability of the insurers to all of the insured parties collectively shall not exceed the sums insured and limits of indemnity including and inner limits set by memorandum or endorsement stated in the policy.

It is understood and agreed that any payment or payments by Insurers to any one or more such insured parties shall reduce to the extent of that payment insurers liability to all such parties arising from any one event giving rise to a claim under this policy and (if applicable) in the aggregate.

It is further understood that the insured parties will at all times preserve the various contractual rights and agreements entered into by the insured parties and the contractual remedies of such parties in the event of loss or damage.

It is further understood and agreed that insurers shall be entitled to avoid liability to or (as maybe appropriate) claim damages from any of the insured parties in circumstances of fraud, material misrepresentation, material non-disclosure or breach of any warranty or condition of this policy each referred to in this clause as a vitiating act.

It is however agreed that (save as provided in this multiple insured's clause) a vitiating act committed by one insured party shall not prejudice the right to indemnity of any other insured party who has an insurable interest and who has not committed a vitiating act.

Insurers hereby agree to waive all rights of subrogation which they may have or acquire against any insured party except where the rights of subrogation or recourse are acquired in consequence of or otherwise following a vitiating act in which circumstances insurers may enforce such rights notwithstanding the continuing or former status of the vitiation party as insured.

The lenders to the project shall not be entitled to any indemnity under this policy for or arising from loss or damage in respect of which insurers are by reason of vitiating act no longer liable to indemnity any one or more other insured party."


All other terms and conditions of the Policy to which this Endorsement is attached remain unchanged and apply equally hereto.


_____
Authorized Representative

ENDORSEMENT #006

**This endorsement, effective 12:01 AM**, 07/13/2017
**Forms a part of Policy No.:** 085053861
**Issued to:** SOUTH CAPITOL BRIDGEBUILDERS; ARCHER WESTERN CONSTRUCTION, LLC
            GRANITE CONSTRUCTION COMPANY
**By:** LEXINGTON INSURANCE COMPANY

## DAMAGE TO EXISTING PROPERTY ENDORSEMENT – LIMITED ENDORSEMENT

This endorsement modifies insurance provided by the policy:

This policy is extended to cover direct physical loss or damage to existing buildings, plant and/or other structures at the location of the **INSURED PROJECT***, but only when the **INSURED PROJECT*** is contained within or attached to such existing buildings, plant and/or other structures and then only to the extent loss or damage arises out of the contractor's performance of the **INSURED PROJECT*** subject to the following terms and conditions:

**A.**   In addition to the property excluded under the policy, this endorsement does not insure:

    **(1)**   Personal property;

    **(2)**   Any property located outside of the existing buildings, plant and/or other structures;

    **(3)**   Underground utilities of any kind;

**B.**   In addition to the perils excluded under the policy, this endorsement shall not pay for loss, damage or expense caused directly or indirectly by any of the following.  Such loss, damage or expense is excluded regardless of any other cause or event contributing concurrently or in any sequence with the loss or damage.:

    **(1)**   Mechanical breakdown, including rupture or bursting caused by centrifugal force, unless direct physical loss or damage by an insured peril ensues and then this policy insures only such ensuing loss or damage;

    **(2)**   Electrical injury or disturbance caused by electrical currents, unless direct physical loss or damage by an insured peril ensues and then this policy insures only such ensuing loss or damage;

    **(3)**   Explosion, rupture or bursting of steam boilers, steam pipes, steam turbines or steam engines.  Direct physical loss or damage caused by or resulting from explosion of gases or fuel within the furnace or any fired vessel or within the flues or passages through which the gases or combustion pass is covered;

    **(4)**   Business Interruption, extra expense, expediting expense or other consequential loss;

    **(5)**   Interruption of incoming electricity, fuel, water, gas, steam, refrigerant or other services, unless direct physical loss or damage by an insured peril ensues and then this policy insures only such ensuing loss or damage;

    **(6)**   Loss or damage arising solely as a consequence of loss, damage or any structural, mechanical, electrical or material condition which existed prior to the effective date of this endorsement;

**(7)** The perils of **EARTH MOVEMENT\***, **NAMED STORM\*** or **WINDSTORM\*** when the purpose of the **INSURED PROJECT\*** is to repair prior **EARTH MOVEMENT\***, **NAMED STORM\*** or **WINDSTORM\*** damage to or to structurally retrofit the existing building(s) to meet current **EARTH MOVEMENT\***, **NAMED STORM\*** or **WINDSTORM\*** building codes.

**C.** The following basis of valuation shall apply at the time and place of loss:

**(1)** If actually replaced - the cost to repair or replace the property lost or damaged with materials of like kind and quality at the time and place of loss.  In the event that repair or replacement with materials of like kind and quality cannot be effected due to obsolescence or non-availability of such materials or the means and methods of fabricating, manufacturing or installing such materials, repair or replacement shall be effected with materials, means and/or methods that are functionally equivalent to the lost or damaged property.  In the application of the foregoing, betterment is excluded.

**(2)** If not replaced - the actual cash value, but not to exceed the replacement cost.

The Company's liability for coverage hereunder shall not exceed **$1,000,000** in any one **OCCURRENCE\***. This amount is a Sublimit of Liability and is included within the Policy Limit of Liability or any applicable Aggregate Limit of Liability of the policy.

As respects this extension of coverage the following deductible **$100,000** shall apply in any one **OCCURRENCE\*,** except where a higher deductible applicable to the cause of loss is stated elsewhere in the policy.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

ENDORSEMENT #007

**This endorsement, effective 12:01 AM**, 07/13/2017
**Forms a part of Policy No.:** 085053861
**Issued to:** SOUTH CAPITOL BRIDGEBUILDERS; ARCHER WESTERN CONSTRUCTION, LLC
         GRANITE CONSTRUCTION COMPANY
**By:** LEXINGTON INSURANCE COMPANY

## DELAY IN COMPLETION ENDORSEMENT

This endorsement modifies insurance provided by the policy:

**For the purpose of this endorsement only, the Named Insured, if different from that shown on the Policy declarations, shall be as shown below.  There shall be no Additional Insureds hereunder.**

| | |
|---|---|
| **NAMED INSURED:** | GOVERNMENT OF DISTRICT OF COLUMBIA<br>OFFICE OF CONTRACTING & PROCUREMENT |
| **BUSINESS ADDRESS:** | 4TH FLOOR<br>55 M STREET, SE<br>WASHINGTON DC 20003 |
| **PERIOD OF INDEMNITY\*:** | <u>365</u>     Calendar Days |
| **ANTICIPATED DATE OF COMPLETION\*:** | <u>01/01/2022</u> |

| | | | |
|---|---|---|---|
| **DEDUCTIBLE PERIOD\*:** | <u>15</u> | Days Each **DELAY\* except** | No liability shall exist unless **DELAY\*** exceeds this period and then liability shall be only for such part of each **DELAY\*** that is in excess of this period.  (Except as modified in Additional Coverages below.) |
| | <u>30</u> | Days each **DELAY\*** as respects to **FLOOD\*, EARTHQUAKE \*** and **NAMED STORM\*** | |

Regardless of the number of **OCCURRENCES\*** and subject to the individual sublimits shown below, the total sublimit of liability for which the Company shall be liable under the coverage provided by this endorsement in the aggregate shall not exceed **$40,500,000**. The Aggregate Sublimit of Liability and individual sublimits shown below shall be included within the Policy Limit of Liability or any applicable Aggregate Limit of Liability of the policy.

The Company shall not be liable for more than the following individual sublimit(s) of liability in any one **OCCURRENCE\***.

| | | |
|---|---|---|
| **1.** | Loss of **RENTAL INCOME\***: | **$Not Covered** |
| **2.** | Loss of **GROSS EARNINGS\***: | **$40,000,000** |
| **3.** | Ingress/Egress & Civil Authority: | **30** calendar days |
| **4.** | Service Interruption: | **30** calendar days |

Manuscript                     Page 1 of 5

5.  **SOFT COSTS/ADDITIONAL EXPENSES***:          **$500,000**

The sublimits of liability below are subject and included within Paragraph 5. **SOFT COSTS/ADDITIONAL EXPENSES*** above.

| Legal / Accounting Fees | $ | **500,000** | Commission Expense | $ | **500,000** |
|---|---|---|---|---|---|
| Design Professional Fees | $ | **500,000** | Additional Interest/Financing | $ | **500,000** |
| Realty Taxes / Ground Rents | $ | **500,000** | | $ | |
| Insurance Premiums | $ | **500,000** | | $ | |
| Project Administration Expense | $ | **500,000** | | $ | |
| Advertising Expense | $ | **500,000** | | $ | |

## INSURING AGREEMENT

1.  Subject to all terms, conditions, limitations and exclusions of this endorsement, and of the policy to which this endorsement is attached, in the event of direct physical loss of or damage to insured property, the Company shall indemnify the Named Insured for **SOFT COSTS/ADDITIONAL EXPENSES***, Loss of **RENTAL INCOME*** and/or Loss of **GROSS EARNINGS*** arising out of the resulting **DELAY*** in completion of the **INSURED PROJECT***,  on an actual loss sustained basis.

2.  The Company shall also indemnify the Named Insured for reasonable expenditures that are necessarily incurred for the purpose of reducing any loss amount under this extension, but only to the extent that such loss amount otherwise payable under this extension is thereby reduced.

## ADDITIONAL EXCLUSIONS AND LIMITATIONS

In addition to the policy exclusions, the Company will not be liable under this extension for any loss or increase in **DELAY*** caused by or resulting from the following additional exclusions:

1.  The enforcement of any ordinance or law regulating removal, repair, construction or reconstruction of the damaged property except, if Demolition and Increased Cost Of Construction coverage is provided by the policy, then such number of days as provided therein;

2.  Loss or damage to property not covered by this policy;

3.  Alterations, additions, improvements or other changes made in the design, plans, specifications or other contract documents;

4.  Non-availability of funds other than insurance reimbursements;

5.  Import, export or customs restrictions and / or regulations;

6.  The breach, suspension, lapse or cancellation of or the failure to obtain, maintain or extend any permit, lease, license, contract or purchase order commitments;

7.  The interference by strikers or other persons with the transportation of property, the construction, rebuilding, repairing or replacing of insured property or the occupancy and use of the premises;

8.  Any consequential loss;

9.  The failure to use due diligence and dispatch in restoring the damaged property to the condition existing prior to the loss or damage; or

10. Any change order or other cause which results in deviation from the original progress schedule, or revisions thereto, and which is independent of insured loss or damage which gives rise to a **DELAY\***, whether occurring prior to or after an insured **DELAY\***.

# ADDITIONAL COVERAGES

The following additional coverages are subject to the terms and conditions of this endorsement, including, the deductibles and sublimits of liability corresponding to each such additional coverage.

1.  **INGRESS / EGRESS & CIVIL AUTHORITY:**

During the Period of Indemnity, the Company shall indemnify the Named Insured for **SOFT COSTS/ADDITIONAL EXPENSES\*** incurred, Loss of **RENTAL INCOME\*** and/or Loss of **GROSS EARNINGS\*** which arise due to a **DELAY\*** in completion of the **INSURED PROJECT\*** resulting from direct physical loss or damage by a peril insured against under this policy to real property of others located outside of the **INSURED PROJECT\***, provided that, ingress to and/or egress from the location of the **INSURED PROJECT\*** is prohibited as: (1) a direct result of loss or damage to such real property or (2) a direct result of an order of civil or military authority.

The Period of Indemnity commences after the deductible period set forth in Paragraph **3.A.** below expires and ends:

A.  after the number of calendar days shown for Ingress/Egress & Civil Authority in the Limits of Liability section of this Endorsement, or

B.  when ingress or egress is no longer prohibited,

whichever occurs first.

2.  **SERVICE INTERRUPTION:**

During the Period of Indemnity, the Company shall indemnify the Named Insured for **SOFT COSTS/ADDITIONAL EXPENSES\*** incurred, Loss of **RENTAL INCOME\*** and/or Loss of **GROSS EARNINGS\*** which arise due to a **DELAY\*** in completion of the **INSURED PROJECT\*** which is caused by a service interruption resulting from direct physical loss or damage by a peril insured against under this policy to incoming electric, steam, gas, water, telephone and other transmission lines and related plants, substations and equipment, all being the property of others not insured hereunder, whether located on or outside the location of the **INSURED PROJECT\***of the Named Insured's premises.

The Period of Indemnity commences after the deductible period set forth in Paragraph **3.B.** below expires and ends:

A.  after the number of calendar days shown for Service Interruption in the Limits of Liability section of this Endorsement, or

B.  on the date that incoming electric, steam, gas, water, telephone and other transmission lines and related plants, substations and equipment are restored,

whichever occurs first.

3.  **DEDUCTIBLE PERIOD:**

A.  **15** calendar days commencing with the date ingress or egress is prohibited or the effective date of the order of civil or military authority, whichever is applicable.

B.   **15** calendar days commencing with the date that incoming electric, steam, gas, water, telephone and other transmission lines and related plants, substations and equipment are interrupted.

# GENERAL CONDITIONS

1.   In the event circumstances require that the project completion date shown on any critical path, time line, bar chart or other scheduling vehicle is revised to extend such completion date, the Named Insured shall establish a revised project schedule and furnish the same to the Company.  The new date established in such revised project schedule shall become the **ANTICIPATED DATE OF COMPLETION\*** for Delay In Completion coverage.  Failure of the Named Insured to provide such revised project schedule to the Company shall not serve to waive the amendment of the **ANTICIPATED DATE OF COMPLETION\*** hereunder.

There shall be no amendment to the **ANTICIPATED DATE OF COMPLETION\*** in the event any critical path, time line, bar chart or other scheduling vehicle is revised to compress or accelerate the project schedule.

2.   The Named Insured shall do and concur in doing and permit to be done all such things as may be reasonably practicable to minimize the extent of any interference with the construction schedule so as to avoid or diminish any **DELAY\*** resulting therefrom.

3.   The Company shall not be liable during the **PERIOD OF INDEMNITY\*** for more than the amount stated in the Declarations of this Endorsement.

4.   Upon the expiration of one month after the beginning of the **PERIOD OF INDEMNITY\*** and each month thereafter, if it is possible to determine the minimum amount which the Company may be liable to pay for such period, the Company shall pay such amount to the Named Insured as an installment of the total loss.

5.   In the event of payment hereunder, the Company shall conduct an audit of the Named Insured's records twelve months after actual commencement of operations to determine the loss as defined by this Endorsement, as well as any expenses incurred by the Named Insured related to reducing loss.  Due consideration shall be given to seasonal patterns, trends, variations or special circumstances which would have affected the business had the **DELAY\*** not occurred, so that the amount thus adjusted shall represent as nearly as may be reasonably practicable the amount which, in the absence of the **DELAY\***, would have been realized.  Any amount saved in respect of labor costs, charges and expenses that have ceased or reduced during the **PERIOD OF INDEMNITY\*** and liquidated damage the Named Insured is entitled to receive from others, whether collectible or not, shall be deducted from the loss during the **PERIOD OF INDEMNITY\***.

6.   In the event the amount of loss determined by the audit is less than or exceeds the sum paid by the Company during the **PERIOD OF INDEMNITY\***, the difference between the two amounts shall be paid by the Company or to the Company by the Named Insured, whichever is applicable.

7.   Upon request by the Company, the Named Insured shall make available all records and information relevant to the determination of loss and expenses related to reducing loss.

8.   It is a condition of this insurance that as soon as practical the Named Insured shall begin normal operations.

# DEFINITIONS

The definitions of the policy apply to this Endorsement.  However, the following additional definitions apply to this Endorsement and supersede any similar definitions of the policy to the contrary.

1.  **ANTICIPATED DATE OF COMPLETION\*:**  The date stated in the Declarations of this Endorsement on which the work is scheduled to be completed for commencement of commercial operations or use and occupancy.

2.  **DEDUCTIBLE PERIOD\*:**  The number of calendar days stated in the Declarations of this Endorsement, beginning with the **ANTICIPATED DATE OF COMPLETION**\*.

3.  **DELAY\*:**  The period of time between the **ANTICIPATED DATE OF COMPLETION**\* and the actual date on which commercial operations or use and occupancy can commence with the exercise of due diligence and dispatch.

4.  **GROSS EARNINGS\*:**  Gross revenues from the planned operation of the **INSURED PROJECT**\* upon **OCCUPANCY**\* or **COMMERCIAL SERVICE**\* which are not realized during the **PERIOD OF INDEMNITY**\* and which would have been earned by the Named Insured if the **DELAY\*** had not occurred, less non-continuing expenses.

5.  **PERIOD OF INDEMNITY\*:**   The number of calendar days stated in the Declarations of this Endorsement which are in excess of the **DEDUCTIBLE PERIOD**\*. The **PERIOD OF INDEMNITY\*** for any insured **DELAY\*** hereunder shall not be limited or otherwise affected by the expiration, cancellation or termination of the Policy.

6.  **RENTAL INCOME\*:**   Revenues from rentals and leases not realized during the **PERIOD OF INDEMNITY**\*, which would have been earned by the Named Insured if the **DELAY\*** had not occurred, less non-continuing expenses.

7.  **SOFT COSTS (ADDITIONAL EXPENSES)\*:**   Expenditures which are necessarily incurred during the **PERIOD OF INDEMNITY**\*, that would not have been incurred by the Named Insured if the **DELAY\*** had not occurred consisting of the following to the extent scheduled in the Declarations:

    A.  Interest upon money borrowed to finance the contract work:

    B.  Realty taxes and ground rent, if any;

    C.  Advertising and promotional expenses necessarily incurred;

    D.  Costs of additional commissions incurred upon renegotiating leases;

    E.  Architects, engineers and consultant fees;

    F.  Project administration  expense;

    G.  Legal and accounting fees;

    H.  Insurance premium;

    I.  Other, as accepted by the Company and scheduled in the Declarations of this Endorsement.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

**ENDORSEMENT #008**

**This endorsement, effective 12:01 AM**, 07/13/2017
**Forms a part of Policy No.:** 085053861
**Issued to:** SOUTH CAPITOL BRIDGEBUILDERS; ARCHER WESTERN CONSTRUCTION, LLC
          GRANITE CONSTRUCTION COMPANY
**By:** LEXINGTON INSURANCE COMPANY

# GENERAL CHANGE ENDORSEMENT

**NOTE:  Terms that are bolded in this General Change Endorsement are defined in the Policy or this Endorsement.**

This endorsement modifies insurance provided by the Policy as follows:

1.  **NOTIFICATION TO OTHERS OF CANCELLATION AND NONRENEWAL**

A.  If we cancel or non-renew this Coverage Part(s) by written notice to the first Named Insured for any reason other than nonpayment of premium, we will mail or deliver a copy of such written notice of cancellation or non-renewal:

    **1.** To the name and address corresponding to each person or organization shown in the Schedule below; and

    **2.** At least 10 days prior to the effective date of the cancellation or non-renewal, as advised in our notice to the first Named Insured, or the longer number of days notice if indicated in the Schedule below.

B.  If we cancel this Coverage Part(s) by written notice to the first Named Insured for nonpayment of premium, we will mail or deliver a copy of such written notice of cancellation to the name and address corresponding to each person or organization shown in the Schedule below at least 10 days prior to the effective date of such cancellation.

C.  If notice as described in Paragraphs **A.** or **B.** of this endorsement is mailed, proof of mailing will be sufficient proof of such notice.

D.  If not otherwise scheduled, All Certificate Holders where Notice of Cancellation or Non-Renewal is required by written contract with the Named Insured, all as their respective interest may appear, may be as shown on ACORD Certificates of Insurance (or its equivalent) issued by Aon copies of which, upon request of the Company, will be forwarded and kept on file.

**SCHEDULE**

**Named Insured:**

Government of the District of Columbia
Office of Contracting & Procurement
4th Floor
55 M Street, SE
Washington DC 20003

**Number of Days Notice:**

60 days

All other terms and conditions of this policy remain unchanged.

_____
Authorized Representative

Manuscript                           Page 1 of 1

**ENDORSEMENT #009**

**This endorsement, effective 12:01 AM**, 07/13/2017
**Forms a part of Policy No.:** 085053861
**Issued to:** SOUTH CAPITOL BRIDGEBUILDERS; ARCHER WESTERN CONSTRUCTION, LLC
         GRANITE CONSTRUCTION COMPANY
**By:** LEXINGTON INSURANCE COMPANY

## LEG 3 DEFECT EXTENSION

This endorsement modifies insurance provided by the policy:

### SCHEDULE

The deductible applicable to this endorsement is the deductible applicable to the insured peril, but in no event less than **$100,000** per **OCCURRENCE\***.

_____

Perils Excluded, Item C. is deleted and replaced by the following:

All costs rendered necessary by defects of material workmanship, design, plan, or specification and should damage (which for the purposes of this exclusion shall include any patent detrimental change in the physical condition of the Insured Property) occur to any portion of the Insured Property containing any of the said defects, the cost of replacement or rectification which is hereby excluded is that cost incurred to improve the original material workmanship design plan or specification.

For the purpose of this policy and not merely this exclusion it is understood and agreed that any portion of the Insured Property shall not be regarded as damaged solely by virtue of the existence of any defect of material workmanship, design, plan, or specification.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative