UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTH CAPITOL BRIDGEBUILDERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXINGTON INSURANCE COMPANY, )<br>)<br>Defendant. )<br>) | Case No. 1:21-cv-01436-RCL<br><br>Honorable Royce C. Lamberth |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff South Capitol Bridgebuilders ("SCB"), through its undersigned counsel, hereby moves, pursuant to Federal Rule of Civil Procedure 56(a), for the entry of an order granting summary judgment in its favor on Count I of the complaint.[1] No genuine issue as to any material fact exists, and SCB is entitled to judgment as a matter of law as to Count I (breach of contract). In support of this motion, SCB respectfully refers the Court to its accompanying statement of undisputed material facts and memorandum of points and authorities. A proposed order is attached.

Dated: September 15, 2022              Respectfully submitted,

                                       SOUTH CAPITOL BRIDGEBUILDERS

                                       /s/ *David B. Goodman*

---

[1] This motion does not address SCB's bad faith claim (Count II), as discovery relevant to that claim is the subject of a pending discovery motion. *See* ECF 56.

David B. Goodman (Bar ID IL0081)
dg@glgchicago.com
Carrie E. Davenport
cd@glgchicago.com
Kalli K. Nies
kn@glgchicago.com
GOODMAN LAW GROUP | Chicago
20 North Clark Street, Suite 3300
Chicago, Illinois 60602
T: 312-626-1890

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2022, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

/s/ *David B. Goodman*