**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTH CAPITOL BRIDGEBUILDERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEXINGTON INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:21-cv-01436-RCL <br><br> Honorable Royce C. Lamberth |

**ORDER**

Upon consideration of the Motion for Partial Summary Judgment filed by Plaintiff South Capitol Bridgebuilders, the opposition thereto, and the arguments and record materials presented by the parties; this Court having found that the material facts are not in genuine dispute and that Plaintiff is entitled to judgment as a matter of law, the Court hereby **GRANTS** the motion and directs the entry of judgment in Plaintiff's favor, with prejudice, as to Count I of the complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
Royce C. Lamberth
United States District Judge